

# IN THE
# TENTH COURT OF APPEALS

No. 10-24-00204-CR
No. 10-24-00205-CR
No. 10-24-00227-CR

**NIKKI MONTRAIL BROWN,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 443rd District Court
### Ellis County, Texas
### Trial Court Nos. 48495CR, 48496CR, 48497CR

## MEMORANDUM OPINION

Nikki Montrail Brown appealed her convictions and sentences for two counts of aggravated assault with a deadly weapon and one count of deadly conduct by discharging a firearm. *See* TEX. PENAL CODE ANN. §§ 22.02(a)(2), 22.05(b). Before filing her briefs, Brown filed a motion to voluntarily dismiss each of her appeals.

Rule 42.2(a) of the Texas Rules of Appellate Procedure provides that an appellate court may dismiss an appeal upon the appellant's motion. *See* TEX. R. APP. P. 42.2(a). In compliance with Rule 42.2(a), both Brown and her attorney have signed the motion to dismiss the appeal in each case. *See id.* Accordingly, we grant Brown's motions to dismiss the appeals, and the appeals are dismissed.

                                        STEVE SMITH
                                        Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
(Chief Justice Gray concurs)
Motions to dismiss granted
Appeals dismissed
Opinion delivered and filed October 10, 2024
Do not publish
[CR25]

